FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JUN 20 2023

U.S. DISTRICT COURT DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 23-274M |
| | ) | |
| ROBERT HUNTER BIDEN, | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

During the calendar year 2017, the defendant Robert Hunter Biden, who was a resident of the District of Columbia, had and received taxable income in excess of $1,500,000.00 on which taxable income there was owing to the United States of America an income tax in excess of $100,000.00. He was required by law to pay, on or before April 17, 2018, that income tax to the Internal Revenue Service Center, at Hartford, Connecticut, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue. Well knowing and believing all of the foregoing, Robert Hunter Biden did willfully fail, on or about April 17, 2018, in the District of Columbia and elsewhere, to pay the income tax due.

In violation of Title 26, United States Code, Section 7203.

### COUNT TWO

During the calendar year 2018, the defendant Robert Hunter Biden, who was a resident of the District of Columbia, had and received taxable income in excess of $1,500,000.00 on which taxable income there was owing to the United States of

America an income tax in excess of $100,000.00. He was required by law to pay, on or before April 15, 2019, that income tax to the Internal Revenue Service Center, at Hartford, Connecticut, or to another Internal Revenue Service office permitted by the Commissioner of Internal Revenue. Well knowing and believing all of the foregoing, Robert Hunter Biden did willfully fail, on or about April 15, 2019, in the District of Columbia and elsewhere, to pay the income tax due.

In violation of Title 26, United States Code, Section 7203.

DAVID C. WEISS
UNITED STATES ATTORNEY

By: _____
Leo J. Wise
Derek E. Hines
Special Assistant United States Attorneys

Benjamin L. Wallace
Assistant United States Attorney

Dated: June 20, 2023