# DEFENDANT INFORMATION SHEET

23-274M

| TO: Clerk, U.S. District Court | ☐ Felony | X Class A Misdemeanor |
|---|---|---|
| **DEFENDANT:** Robert Hunter Biden | ☐ Indictment | X Information |
| **DOB (Year Only):** 1970 | **COUNTY OF OFFENSE:** New Castle | |

### OFFENSE(S) & CITATION(S):

| Offense | MAXIMUM PENALTY |
|---|---|
| Count 1: Willful Failure to Pay Tax, 26 U.S.C. § 7203 | 12 months of imprisonment; a fine of $100,000 or twice the gross gain or loss from the offense, whichever is greater; 1 year of supervised release; restitution; a $25 special assessment; costs of prosecution |
| Count 2: Willful Failure to Pay Tax, 26 U.S.C. § 7203 | 12 months of imprisonment; a fine of $100,000 or twice the gross gain or loss from the offense, whichever is greater; 1 year of supervised release; restitution; a $25 special assessment; costs of prosecution |

## INSTRUCTIONS

| | | |
|---|---|---|
| ☐ | Order to Produce for Arraignment on: | at 1:00 p.m. |
| ☐ | Issue Arrest Warrant upon signing of Order | |
| X | Issue Summons for Initial Appearance on: | at |
| ☐ | Interpreter Needed | Language |

## DEFENDANT INFORMATION

Defendant's Address:

City: Malibu     County: Los Angeles     State: California     Zip: 90265

Date of Arrest:     Date of 1st Appearance in this District:

Bail Set:     Date Made:     Remains in Federal Custody ☐

FILED

JUN 20 2023

U.S. DISTRICT COURT DISTRICT OF DELAWARE

By: *Leo Wise* (Digitally signed by LEO WISE, Date: 2023.06.19 18:28:09 -04'00')

Leo J. Wise
Derek E. Hines
Special Assistant United States Attorneys

Benjamin L. Wallace
Assistant United States Attorney