I, ROBERT HUNTER BIDEN having been presented with a copy of the information, do hereby, ~~in open Court, waive my right to have the Court appoint counsel for me~~; and, upon arraignment, I do hereby enter a plea of ___NOT___ guilty to the Information filed in this case.
Dated this 26th day of July, 20 23

_RHB_____
DEFT.

_____
CNSL.