IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 23-mj-00274-MN |
| ) | |
| ROBERT HUNTER BIDEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

At Wilmington this 21st day of June 2023, having been advised by counsel that the defendant intends to enter a plea of guilty to the Information,

IT IS ORDERED that a combined **initial appearance and plea hearing** is scheduled for **Wednesday, July 26, 2023** at **10:00 AM in Courtroom 4A**, J. Caleb Boggs Federal Building, 844 N. King Street, Wilmington, Delaware.

*Maryellen Noreika*
UNITED STATES DISTRICT JUDGE