

Theodore A. Kittila
Halloran Farkas + Kittila LLP
5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
Phone: (302) 257-2025
Email: tk@hfk.law

July 25, 2023

**By ECF**

The Honorable Maryellen Noreika, U.S.D.J.
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19, Room 4324
Wilmington, DE 19801

    Re: *United States of America v. Robert Hunter Biden,*
         Criminal Action No. 23-mj-00274-MN

Dear Judge Noreika:

    Our firm represents the Honorable Jason Smith, Member of Congress and Chair of the U.S. House of Representatives Ways and Means Committee. Enclosed, please find Chairman Smith's Motion for Leave to File *Amicus Curiae* Brief in Aid of Plea Hearing together with the proposed *Amicus Curiae* Brief.

    We remain available at the convenience of the Court if there are any questions.

                  Respectfully submitted,

                  */s/ Theodore A. Kittila* (DE Bar No. 3963)

                  Theodore A. Kittila, Attorney at Law
                  Halloran Farkas + Kittila LLP

                  *Counsel for Amicus Curiae the Honorable Jason Smith, Member of the U.S. House of Representatives and Chair of the U.S. House of Representatives Committee on Ways and Means*

Enclosures

cc:    William E. Green, Jr., Esq.