# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br>v.<br>ROBERT HUNTER BIDEN<br>*Defendant.* | Criminal Action No. 23-mj-00274-MN |

## MOTION FOR LEAVE TO FILE
## *AMICUS CURIAE* BRIEF IN AID OF PLEA HEARING

The Honorable Jason Smith, Member of Congress and Chair of the U.S. House of Representatives Ways and Means Committee (the "Committee Member"), by and through his undersigned attorneys, hereby moves this Court for leave to file an *amicus curiae* brief in aid of the plea hearing of Robert Hunter Biden ("Defendant") scheduled for July 26, 2023, at 10:00 a.m. before District Court Judge Maryellen Noreika.

In support of this motion, the Committee Member submits the accompanying Memorandum of Law in Support of Motion for Leave to File *Amicus Curiae* Brief in Aid of Plea Hearing, the proposed *amicus* brief and exhibits, and the proposed form of order, filed contemporaneously herewith.

Dated:  July 25, 2023               **HALLORAN FARKAS + KITTILA LLP**

<div style="margin-left: 40%;">

*/s/ Theodore A. Kittila*
Theodore A. Kittila (No. 3963)
William E. Green, Jr. (No. 4864)
5801 Kennett Pike, Suite C/D
Wilmington, Delaware  19807
Phone:  (302) 257-2025
Email:  tk@hfk.law / wg@hfk.law

*Counsel for Amicus Curiae the Honorable Jason Smith, Member of the U.S. House of Representatives and Chair of the U.S. House of Representatives Committee on Ways and Means*

</div>