# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff,* v. ROBERT HUNTER BIDEN *Defendant.* | Criminal Action No. 23-mj-00274-MN |

## [PROPOSED] ORDER

**THIS MATTER** having come before the Court upon the motion of the Honorable Jason Smith, Member of Congress and Chair of the U.S. House of Representatives Ways and Means Committee (the "Committee Member"), for an Order granting the Committee Member leave to file a brief as *amicus curiae*, and the Court having considered the submissions, and for good cause shown, the Court hereby **GRANTS** the motion.

**IT IS SO ORDERED** this _____ day of July, 2023.

The Committee Member's proposed *amicus* brief is deemed **FILED**.

_____
Hon. Maryellen Noreika
United States District Judge