# **<u>EXHIBIT A</u>**

# Theodore Kittila

| | |
|---|---|
| **From:** | Christopher Clark <clark@csvllp.com> |
| **Sent:** | Tuesday, July 25, 2023 2:18 PM |
| **To:** | Theodore Kittila |
| **Cc:** | William E. Green; Richie Jones; matthew.salerno@lw.com; Timothy.McCarten@lw.com; Brian.McManus@lw.com; Jessica.Bengels@lw.com |
| **Subject:** | Re: [EXTERNAL EMAIL] E-Filing in USA v. Biden, 23-mj-274 |

Ted,

I stand by all of my statements and I hope you have an affidavit from the clerk in support of yours.

Chris

Christopher Clark
Partner
Clark Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, New York 10019
**O:**212-582-4400 **D:**212-377-0853 **M:**646-763-3225

**From:** Theodore Kittila <tk@hfk.law>
**Sent:** Tuesday, July 25, 2023 2:15:49 PM
**To:** Christopher Clark <clark@csvllp.com>
**Cc:** William E. Green <wg@hfk.law>; Richie Jones <rjones@bergerharris.com>; matthew.salerno@lw.com <matthew.salerno@lw.com>; Timothy.McCarten@lw.com <Timothy.McCarten@lw.com>; Brian.McManus@lw.com <Brian.McManus@lw.com>; Jessica.Bengels@lw.com <Jessica.Bengels@lw.com>
**Subject:** RE: [EXTERNAL EMAIL] E-Filing in USA v. Biden, 23-mj-274

Chris –

You should probably take a step back from your statements. The clerk's office advised that it was represented to her that the request was being made by my firm. We will be advising Judge Noreika of this improper conduct.

Very truly yours,
Ted


**Theodore A. Kittila**
Managing Partner



p  302-257-2025
e  tk@hfk.law

1

5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
www.hfk.law

This electronic message transmission, any attachments hereto, and the information contained herein is intended only for the use of the individual or entity to which it is addressed, contains information from Halloran Farkas + Kittila LLP which may be confidential, protected by the attorney-client privilege and/or the work product doctrine, and may be exempt from disclosure.  If the reader of this message is not the intended recipient or any employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this communication is strictly prohibited. If you have received this communication in error, please notify Halloran Farkas + Kittila LLP immediately and delete the original message. Thank you.

**From:** Christopher Clark [mailto:clark@csvllp.com]
**Sent:** Tuesday, July 25, 2023 2:13 PM
**To:** Theodore Kittila <tk@hfk.law>
**Cc:** William E. Green <wg@hfk.law>; Richie Jones <rjones@bergerharris.com>; matthew.salerno@lw.com; Timothy.McCarten@lw.com; Brian.McManus@lw.com; Jessica.Bengels@lw.com
**Subject:** Re: [EXTERNAL EMAIL] E-Filing in USA v. Biden, 23-mj-274

Ted,

Your email is inaccurate. As far as I am aware, the managing attorney from Latham called the clerk's office to note that personal tax information of the defendant had been filed in a non reacted manner and to inquire regarding having the information sealed, as we told you we would and as you said you understood. As far as I am aware the clerk took the filing down on their own accord.

Your attempts to publicly file my client's personal financial information with no protection ls are improper, illegal and in violation of applicable rules. Please follow the rules in making your non-party and non-approved filings. We will seek all appropriate sanctions in response to your actions.

Best,

Chris


Christopher Clark
Partner
Clark Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, New York 10019
**O:**212-582-4400 **D:**212-377-0853 **M:**646-763-3225

**From:** Theodore Kittila <tk@hfk.law>
**Sent:** Tuesday, July 25, 2023 1:59:15 PM
**To:** Christopher Clark <clark@csvllp.com>
**Cc:** William E. Green <wg@hfk.law>; Richie Jones <rjones@bergerharris.com>; matthew.salerno@lw.com <matthew.salerno@lw.com>; Timothy.McCarten@lw.com <Timothy.McCarten@lw.com>; Brian.McManus@lw.com <Brian.McManus@lw.com>; Jessica.Bengels@lw.com <Jessica.Bengels@lw.com>
**Subject:** RE: [EXTERNAL EMAIL] E-Filing in USA v. Biden, 23-mj-274

Counsel:

2

Someone from your side unilaterally contacted the Court and had our filing taken down.  It was represented to the Court that there were "social security numbers" in the filing.  The clerk was also under the impression that this was my firm's paralegal that did this.  This is not accurate, and the Clerk's office has been made aware of this.

We ask that you immediately provide your basis for what you claim should not have been publicly filed, as we believe that this was improper.  If you want to move for a protective order, you must move for one.

Very truly yours,
Ted


**Theodore A. Kittila**
Managing Partner



p  302-257-2025
e  tk@hfk.law

5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
www.hfk.law

---

This electronic message transmission, any attachments hereto, and the information contained herein is intended only for the use of the individual or entity to which it is addressed, contains information from Halloran Farkas + Kittila LLP which may be confidential, protected by the attorney-client privilege and/or the work product doctrine, and may be exempt from disclosure.  If the reader of this message is not the intended recipient or any employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this communication is strictly prohibited. If you have received this communication in error, please notify Halloran Farkas + Kittila LLP immediately and delete the original message. Thank you.

---

**From:** Theodore Kittila
**Sent:** Tuesday, July 25, 2023 12:21 PM
**To:** Christopher Clark <clark@csvllp.com>
**Cc:** William E. Green <wg@hfk.law>; Richie Jones <rjones@bergerharris.com>; matthew.salerno@lw.com; Timothy.McCarten@lw.com; Brian.McManus@lw.com; Jessica.Bengels@lw.com
**Subject:** Re: [EXTERNAL EMAIL] E-Filing in USA v. Biden, 23-mj-274

We understand Chris.

Best regards,
Ted

**Theodore A. Kittila**
**Managing Partner**
**Halloran Farkas + Kittila LLP**

p  302-257-2025

3

e tk@hfk.law

This electronic message transmission, any attachments hereto, and the information contained herein is intended only for the use of the individual or entity to which it is addressed, contains information from Halloran Farkas + Kittila LLP which may be confidential, protected by the attorney-client privilege and/or the work product doctrine, and may be exempt from disclosure. If the reader of this message is not the intended recipient or any employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this communication is strictly prohibited. If you have received this communication in error, please notify Halloran Farkas + Kittila LLP immediately and delete the original message. Thank you.
Sent from my iPhone

On Jul 25, 2023, at 12:18 PM, Christopher Clark <clark@csvllp.com> wrote:

We will be moving to seal the filing and we reserve all rights.

Christopher Clark
Partner
Clark Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, New York 10019
**O:**212-582-4400 **D:**212-377-0853 **M:**646-763-3225

**From:** William E. Green <wg@hfk.law>
**Sent:** Tuesday, July 25, 2023 12:16:40 PM
**To:** Christopher Clark <clark@csvllp.com>; Richie Jones <rjones@bergerharris.com>; Theodore Kittila <tk@hfk.law>
**Cc:** matthew.salerno@lw.com <matthew.salerno@lw.com>; Timothy.McCarten@lw.com <Timothy.McCarten@lw.com>; Brian.McManus@lw.com <Brian.McManus@lw.com>; Jessica.Bengels@lw.com <Jessica.Bengels@lw.com>
**Subject:** RE: [EXTERNAL EMAIL] E-Filing in USA v. Biden, 23-mj-274

We will not be filing under seal. All of the tax payer information was made public through a Committee vote and has been available to the public since June 22, 2023.

**William E. Green, Jr.**
Partner
<image001.png>
p   302-268-6875
m   302-545-5498
e   wg@hfk.law

5801 Kennett Pike, Suite C/D
Wilmington, DE  19807
**www.hfk.law**
This electronic message transmission, any attachments hereto, and the information contained herein is intended only for the use of the individual or entity to which it is addressed, contains information from Halloran Farkas + Kittila LLP which may be confidential, protected by the attorney-client privilege and/or the work product doctrine,

4

and may be exempt from disclosure.  If the reader of this message is not the intended recipient or any employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this communication is strictly prohibited. If you have received this communication in error, please notify Halloran Farkas + Kittila LLP immediately and delete the original message. Thank you.

**From:** Christopher Clark <clark@csvllp.com>
**Sent:** Tuesday, July 25, 2023 12:12 PM
**To:** William E. Green <wg@hfk.law>; Richie Jones <rjones@bergerharris.com>; Theodore Kittila <tk@hfk.law>
**Cc:** matthew.salerno@lw.com; Timothy.McCarten@lw.com; Brian.McManus@lw.com; Jessica.Bengels@lw.com
**Subject:** Re: [EXTERNAL EMAIL] E-Filing in USA v. Biden, 23-mj-274

So are you declining to file it under seal, please answer directly.

Christopher Clark
Partner
Clark Smith Villazor LLP
250 West 55th Street, 30th Floor
New York, New York 10019
**O:**212-582-4400 **D:**212-377-0853 **M:**646-763-3225

**From:** William E. Green <wg@hfk.law>
**Sent:** Tuesday, July 25, 2023 11:52:07 AM
**To:** Richie Jones <rjones@bergerharris.com>; Theodore Kittila <tk@hfk.law>
**Cc:** Christopher Clark <clark@csvllp.com>; matthew.salerno@lw.com <matthew.salerno@lw.com>; Timothy.McCarten@lw.com <Timothy.McCarten@lw.com>; Brian.McManus@lw.com <Brian.McManus@lw.com>; Jessica.Bengels@lw.com <Jessica.Bengels@lw.com>
**Subject:** RE: [EXTERNAL EMAIL] E-Filing in USA v. Biden, 23-mj-274

All of the information in the filing is publicly available and is hosted at the Ways and Means Committee's website.  https://waysandmeans.house.gov/event/meeting-on-documents-protected-under-internal-revenue-code-section-6103/

**William E. Green, Jr.**
Partner
<image001.png>
p   302-268-6875
m  302-545-5498
e   wg@hfk.law

5801 Kennett Pike, Suite C/D
Wilmington, DE  19807
www.hfk.law
This electronic message transmission, any attachments hereto, and the information contained herein is intended only for the use of the individual or entity to which it is addressed, contains information from Halloran Farkas + Kittila LLP which may be confidential, protected by the attorney-client privilege and/or the work product doctrine, and may be exempt from disclosure.  If the reader of this message is not the intended recipient or any employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this communication is strictly prohibited. If you have received this communication in error, please notify Halloran Farkas + Kittila LLP immediately and delete the original message. Thank you.

**From:** Richie Jones <rjones@bergerharris.com>
**Sent:** Tuesday, July 25, 2023 11:48 AM
**To:** Theodore Kittila <tk@hfk.law>
**Cc:** William E. Green <wg@hfk.law>; Christopher Clark <clark@csvllp.com>; matthew.salerno@lw.com; Timothy.McCarten@lw.com; Brian.McManus@lw.com; Jessica.Bengels@lw.com
**Subject:** RE: E-Filing in USA v. Biden, 23-mj-274
**Importance:** High

Ted:

Portions of your below-attached filing by the House Ways and Means Committee Member contain grand jury and confidential tax payer information that must be sealed immediately. Please contact the Court immediately and pull the filing pending a sealed filing. We will notify you in short order which portions of the filing should remain under seal.

Richie

<image002.png>   **Richard I.G. Jones, Jr.**
Partner
BERGER//HARRIS LLP
302.476.8430 direct
rjones@bergerharris.com

**From:** Theodore Kittila <tk@hfk.law>
**Sent:** Tuesday, July 25, 2023 10:33 AM
**To:** Richie Jones <rjones@bergerharris.com>
**Cc:** William E. Green <wg@hfk.law>
**Subject:** E-Filing in USA v. Biden, 23-mj-274

EXTERNAL EMAIL

Richie –

As discussed, please find the filings in the above-referenced matter.

Best regards,
Ted

**Theodore A. Kittila**
Managing Partner
<image003.png>
p  302-257-2025
e  tk@hfk.law

5801 Kennett Pike, Suite C/D
Wilmington, Delaware 19807
www.hfk.law

6

This electronic message transmission, any attachments hereto, and the information contained herein is intended only for the use of the individual or entity to which it is addressed, contains information from Halloran Farkas + Kittila LLP which may be confidential, protected by the attorney-client privilege and/or the work product doctrine, and may be exempt from disclosure.  If the reader of this message is not the intended recipient or any employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or use of this communication is strictly prohibited. If you have received this communication in error, please notify Halloran Farkas + Kittila LLP immediately and delete the original message. Thank you.

# **EXHIBIT B**

**Theodore Kittila**

| | |
|---|---|
| **From:** | Samantha Grimes <samantha_grimes@ded.uscourts.gov> |
| **Sent:** | Tuesday, July 25, 2023 2:19 PM |
| **To:** | Theodore Kittila; William E. Green |
| **Subject:** | USDC/DE 23-mj-274 USA v. Biden Previously filed documents |

Hi Ted,

Following up on our recent telephone conversation, the woman who called was a Jessica Bengels and her phone number is (646)465-0861. She said she worked with Theodore Kittila and it was important the document was removed immediately or they could file a motion to seal. I do deeply apologize for all the confusion on our part. I have put the rest of the Clerk's Office on notice that if someone is trying to do anything with the criminal or MJ case, they need to contact me.
Again, very sorry for all the confusion.

Regards,

*Sam Grimes*
*Generalist Team Lead*
U.S. District Court for the District of Delaware
Direct: 302-573-4533 |Clerk's Office: 302-573-6170
Samantha_Grimes@ded.uscourts.gov