# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Criminal Action No. 23-rnj-274-MN |
| ROBERT HUNTER BIDEN, | ) ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Please take notice that Matthew S. Salerno of the firm Latham & Watkins LLP hereby enters his appearance as counsel for Defendant Robert Hunter Biden in this action.

Dated: July 20, 2023  **LATHAM & WATKINS LLP**

_____
Matthew S. Salerno
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Fax: (212) 751-4864
matthew.salerno@lw.com

*Attorney for Defendant Robert Hunter Biden*