

*Appellate Division of the Supreme Court
of the State of New York
Second Judicial Department*

---

*I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that*

## Matthew Salerno

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 4, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on July 17, 2023.*

*Maria T. Fasulo*

Clerk of the Court

CertID-00128617



𝕬𝖕𝖕𝖊𝖑𝖑𝖆𝖙𝖊 𝕯𝖎𝖛𝖎𝖘𝖎𝖔𝖓
𝕾𝖚𝖕𝖗𝖊𝖒𝖊 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝖙𝖍𝖊 𝕾𝖙𝖆𝖙𝖊 𝖔𝖋 𝕹𝖊𝖜 𝖄𝖔𝖗𝖐
𝕾𝖊𝖈𝖔𝖓𝖉 𝕵𝖚𝖉𝖎𝖈𝖎𝖆𝖑 𝕯𝖊𝖕𝖆𝖗𝖙𝖒𝖊𝖓𝖙
45 𝕸𝖔𝖓𝖗𝖔𝖊 𝕻𝖑𝖆𝖈𝖊
𝕭𝖗𝖔𝖔𝖐𝖑𝖞𝖓, 𝕹.𝖄. 11201
(718) 875-1300

HECTOR D. LASALLE
P‍RESIDING J‍USTICE

MARIA T. FASULO
C‍LERK OF THE C‍OURT

DARRELL M. JOSEPH
D‍EPUTY C‍LERKS

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
A‍SSOCIATE D‍EPUTY C‍LERKS

To Whom It May Concern

     An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

     An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on [the website of the Unified Court System](#).

     New York State does not register attorneys as active or inactive.

     An attorney may request a disciplinary history letter from the [Attorney Grievance Committee of the Second Judicial Department](#).

     Bar examination history is available from the [New York State Board of Law Examiners](#).

     Instructions, forms and links are available on [this Court's website](#).

*Maria T. Fasulo*

Maria T. Fasulo
Clerk of the Court

Revised January 2022