# EXHIBIT 1



## Jessica L. Bengels

Director of Litigation Services, Litigation Services Counsel

New York
jessica.bengels@lw.com
+1.212.906.1684

 

# Profile

Jessica Bengels oversees Latham's Litigation and eDiscovery Services operations and helps case teams strategize on the full spectrum of procedural issues that arise across the litigation life cycle, from commencement to resolution. Ms. Bengels interprets procedural rules, case law, and complex legal data to guide on strategy and compliance with all court requirements. She leverages cutting-edge litigation analytics and extensive litigation services experience to optimize client outcomes. A recognized thought leader in the industry, she regularly presents on innovation in legal analytics and litigation services, including for the American Bar Association and the National Docketing Association.

# Qualifications



Jessica L. Bengels

QUALIFICATIONS

New York

### EDUCATION

JD, Fordham University School of Law, 2005
cum laude

BA, Brown University, 2000

# EXHIBIT 2



page det
- what

Julia

302 573
6170

# EXHIBIT 3

