**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 23-MJ-00274-MN |
| ROBERT HUNTER BIDEN, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

**AND NOW, TO WIT**, this ___ day of July, 2023, Defendant Robert Hunter Biden's Motion to Seal, as to a time when the materials can be properly redacted to remove grand jury material, Exhibits 2–6 of the proposed *Amicus Curiae* brief (D.I. 7) as filed on July 25, 2023, by the Honorable Jason Smith, Member of Congress and Chair of the U.S. House of Representatives Ways and Means Committee, having been duly considered,

**IT IS SO ORDERED**:

That Exhibits 2–6 of the proposed *Amicus Curiae* brief (D.I. 7) are hereby sealed.

_____
The Honorable Maryellen Noreika