30 Rockefeller Plaza
New York, NY 10112
212 664-4444

A Division of
NBCUniversal Media, LLC



July 28, 2023

The Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19
Room 4324
Wilmington, DE 19801-3555

> **Re: Public Docketing of Agreements in *U.S. v. Biden*, Crim. Action Nos. 1:23-cr-00061 and 23-mj-00274**

Dear Judge Noreika:

I am a reporter for NBC News and have been covering the proceedings in *U.S. v. Biden*. At Wednesday's plea hearing in that matter, the parties and Your Honor discussed two agreements between the Government and Mr. Biden: (1) a plea agreement, and (2) a diversion agreement. Your Honor referenced and relied upon both agreements when declining to approve Mr. Biden's plea deal with the Government on charges stemming from his alleged failure to pay federal income taxes. *See, e.g.*, Transcript of July 26, 2023 Hearing at 22:15-39:6, 83:7-90:13, and 91:6-96:22.

Those agreements should be publicly docketed given that they were discussed in open court and played a role in Your Honor's decision on the proposed plea deal. I therefore respectfully request that the Court promptly place both agreements on the public docket.

I appreciate the Court's time and consideration. Please do not hesitate to contact me at 212-413-6446.

Respectfully submitted,

Tom Winter
NBC News

CC: Counsel of record