IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Cr. A. No. 23-061 (MN) |
| | ) | |
| ROBERT HUNTER BIDEN, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Cr. A. No. 23-mj-274 (MN) |
| | ) | |
| ROBERT HUNTER BIDEN, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR AUTHORIZATION TO FILE
ELECTRONICALLY USING THE CM/ECF SYSTEM**

Christopher J. Tigani, appearing pro se, respectfully moves this Court for an order granting authorization to file documents electronically using the CM/ECF system. The grounds for the Motion are as follows:

1. According to information contained on the website for the U.S District Court for the District of Delaware, a motion for authorization is required by anyone appearing pro se to file electronically using the CM/ECF system. *See*

https://www.ded.uscourts.gov/registrationtraining, ¶ 5. The information A motion should be filed on a case-by-case basis.

2. Paragraph 5 provides, in pertinent part, that "[t]he pro se party must indicate that they have independently reviewed all of the materials and related topics on the Court's web site and have a PACER account." *Id.*

3. I represent and certify to the Court, that I have fully reviewed all of the materials and related topics on the Court's website. Also, I have a fully functioning PACER account with username ChrisTigaUa. Attached as Exhibit A is my most recent PACER invoice from July 2023.

4. Also, I am or have been granted authorization to file electronically in every Delaware state court, including twice in the Delaware Supreme Court. I maintain active and current accounts with File&Serve, File&Serve Express, and eFlex. I have never had a single issue filing in any court, nor had the privilege to file electronically revoked for any reason.

5. I seek authorization from the Court to file electronically, not only for convenience, but because I currently reside in High Point, North Carolina and will attend law school in the fall. If granted authorization, I intend on filing a Motion for Leave to file an *amicus curiae* brief. Attached as Exhibit B is my email to the opposing parties asking for their consent to file.

WHEREFORE, I respectfully move the Court to enter an Order, in the form attached, granting authorization to file electronically using the CM/ECF system.

Respectfully Submitted,

CHRISTOPHER J. TIGANI

Date: July 31, 2023

*/s/ Christopher J. Tigani*
Christopher J. Tigani
1301 Danbury Court
High Point, NC 27262
302-544-2843
ctigani@gmail.com
*Appearing pro se*

## CERTIFICATION OF COMPLIANCE

The undersigned hereby certifies that the foregoing contains 325 words in Times New Roman 14-point font, counted using Microsoft Word's word count feature.

/s/ Christopher J. Tigani
Christopher J. Tigani

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | Cr. A. No. 23-061 (MN) |
| ROBERT HUNTER BIDEN, | ) ) ) | |
| Defendant. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Cr. A. No. 23-mj-274 (MN) |
| ROBERT HUNTER BIDEN, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

AND NOW, this _____ day of July, 2023, Christopher J. Tigani's Motion for Authorization to File Electronically using the CM/ECF system is granted.

IT IS SO ORDERED.

_____
The Honorable Maryellen Noreika
United States District Court Judge