**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 23-mj-00274-MN |
| | ) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

IT IS HEREBY ORDERED the United States' motion to dismiss the information filed in

the above-captioned matter without prejudice is GRANTED.

_____                       _____
Date                                               Hon. Maryellen Noreika
United States District Judge