# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

        *Plaintiff*,

v.

ROBERT HUNTER BIDEN,

        *Defendant.*

Case No. 1:23-mj-00274 (MN)

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANT ROBERT HUNTER BIDEN

Having considered the Motion for Leave to Withdraw as Counsel for Defendant Robert Hunter Biden (the "Motion"), **IT IS ORDERED** that the Motion is **GRANTED.**

    **IT IS SO ORDERED** this ___ day of August, 2023

                                              _____

                                              Hon. Maryellen Noreika
                                              United States District Judge