IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT HUNTER BIDEN,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Criminal Action No. 23-mj-00274-MN<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT'S RESPONSE TO THE UNITED STATES' MOTION TO DISMISS FOR LACK OF VENUE

Defendant Robert Hunter Biden, by and through undersigned counsel, respectfully submits this response to the United States' Motion to Dismiss for Lack of Venue. (D.I. 31).

Without adopting the Government's reasoning, as venue for the existing information does not lie in this District, the information must be dismissed.

Further, the Defendant's position is that the enforceability of the Diversion Agreement (D.I. 24-1 in No. 23-cr-00061-MN) has no bearing on the United States' Motion to Dismiss for Lack of Venue (D.I. 31 in No. 23-mj-00274-MN), and any disputes regarding the effect of the Diversion Agreement are therefore not before the Court at this time.

Dated:  August 15, 2023    Respectfully submitted,

**WINSTON & STRAWN LLP**

*/s/ Abbe David Lowell*
Abbe David Lowell
1901 L Street NW
Washington, D.C. 20036
(202) 282-5000
adlowell@winston.com

**CLARK SMITH VILLAZOR LLP**

Christopher J. Clark
250 West 55th Street, 30th Floor
New York, NY 10019
(212) 582-4400
clark@csvllp.com

**LATHAM & WATKINS LLP**

Brian C. McManus
Matthew S. Salerno
Timothy H. McCarten
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004
(202) 637-2200
brian.mcmanus@lw.com
matthew.salerno@lw.com
timothy.mccarten@lw.com

**BERGER HARRIS LLP**

Richard I. G. Jones, Jr. (#3301)
1105 N. Market Street, Suite 1100
Wilmington, Delaware 19801
(302) 655-1140
rjones@bergerharris.com

*Attorneys for Defendant Robert Hunter Biden*