IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) Criminal Action No. 23-mj-00274 (MN) |
| ROBERT HUNTER BIDEN, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER</u>**

At Wilmington, this 17th day of August 2023;

WHEREAS, the United States has represented that venue for the offenses that are the subject of the information filed in the above-captioned matter "does not lie in Delaware" (D.I. 31 at 1);

WHEREAS, the United States has moved "to voluntarily dismiss the information filed in the above-captioned matter without prejudice so that the United States can bring tax charges in a district where venue lies" (*id.*); and

WHEREAS, Defendant does not oppose the United States' motion (D.I. 40).

THEREFORE, IT IS HEREBY ORDERED that the United States' motion to dismiss (D.I. 31) is GRANTED. The information filed in the above-captioned matter is DISMISSED without prejudice.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge